UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/05

BOMBARDIER CAPITAL, INC., a
Massachusetts Company,

          Plaintiff,

-against-

UPTONGROVE LIMITED, an Irish Company;
CALEZAR LIMITED, an Irish Company;
ALBERTO ANGEL ABED SCHEKAIBAN;
and JAIME EDUARDO ROSS CASTILLO,
Individually,

          Defendants.

Case No. 05 CV 2148

**ORDER**

Pursuant to Defendant, Alberto Angel Abed Schekaiban's request for enlargement of time within to file a pre-answer motion or responsive pleading to the Complaint and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant, ALBERTO ANGEL ABED SCHEKAIBAN, shall have through and including April 29 [May 10 stricken], 2005, in which to file a pre-answer motion or responsive pleadings to the Complaint.

Dated: New York, New York
      March 29, 2005

/s/ Kenneth M. Karas
United States District Judge

Honorable Kenneth M. Karas
United States District Judge
March 22, 2005
Page 2

    Thank you, in advance, for your attention and consideration of this matter. Should you require additional information, please contact me at the above number or address and I will be happy to do so.

                              Respectfully submitted,

                              Oppenheimer, Blend, Harrison & Tate, Inc.

                              By: _____
                                  Diana M. Geis, Shareholder

cc:    Barry G. Margolis, Esq.  (Via Federal Express Delivery)
        Abrams Garkfinkel Margolis Bergson, LLP.
        237 West 35th Street, Fourth Floor
        New York, New York  10001

## REMINDER: PARTIES PLEASE NOTE:

This case has been designated an electronic case and has been assigned to Judge Karas for all purposes. By the date of the initial pretrial conference counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing.